**STATE OF NEW YORK COURT OF APPEALS**
**COUNTY OF NEW YORK**

| | |
|---|---|
| In the Matter of an Interlocutory Appeal form the Trial Court | Trial Court Docket#23CV198 |
| | Appeals Court Docket # 23-1210 |
| **Jane Doe** (Appellant) | |
| v. | Exhibits for Docket# 25 Motion |
| **NYC Department of Education, Dr. Linda Chen** (Respondents) | To Expedite DOE FOIL Request |
| **Kimberly Wittmer, Norah Ann Lovett, Lucius Young** | |

---

Your Honor,

The following exhibits are submitted in conjunction to the Motion for Expedite of the FOIL docketed as #25 on September 28, 2023, because the length of time since the submission of the original FOIL request May 2023 exceeds the amount of time that constitutes as "reasonable" and is thus in violation the FOIL Law, also upheld by the Court of Appeals, which jointly states:

> "…every law must be implemented in a manner that gives reasonable effect to its intent, and we point out that in its statement of legislative intent, §84 of the Freedom of Information Law states that "it is incumbent upon the state and its localities to extend public accountability wherever and whenever feasible." Therefore, when records are clearly available to the public under the Freedom of Information Law, or if they are readily retrievable, there may be no basis for a delay in disclosure. As the Court of Appeals, the state's highest court, has asserted:
>
> "...the successful implementation of the policies motivating the enactment of the Freedom of Information Law centers on goals as broad as the achievement of a more informed electorate and a more responsible and responsive officialdom. By their very nature such objectives cannot hope to be attained unless the measures taken to bring them about permeate the body politic to a point where they become the rule rather than the exception. The phrase 'public accountability wherever and whenever feasible' therefore merely punctuates with explicitness what in any event is implicit" (Westchester News v. Kimball, 50 NY2d 575, 579, 430 NYS2d 574 [1980]).
>
> In a judicial decision concerning the reasonableness of a delay in disclosure that cited and confirmed the advice rendered by this office concerning reasonable grounds for delaying disclosure, it was held that:
>
> "The determination of whether a period is reasonable must be made on a case by case basis taking into account the volume of documents requested, the time involved in locating the material, and the complexity of the issues involved in determining whether the materials fall within one of the exceptions to disclosure. Such a standard is consistent with some of the language in the opinions, submitted by petitioners in this case, of the Committee on Open Government, the agency charged with issuing advisory opinions on FOIL" (Linz v. The Police Department of the City of New York, Supreme Court, New York County, NYLJ, December 17, 2001)." *Explanation of time limits for response. (n.d.) Open Government.* https://opengovernment.ny.gov/explanation-time-limits-response

Respectfully submitted,
Appellant, Jane Doe

Date: October 24, 2023

# Follow up inquiry: FOIL Request F21,276

| | |
|---|---|
| From | jwv2019 <jwv2019@protonmail.com> |
| To | FOIL@schools.nyc.gov, Woychowski Kristen<KWoychowski@schools.nyc.gov> |
| Date | Friday, June 2nd, 2023 at 4:25 PM |

Good day,

The above referenced request was submitted several weeks ago. Please response with an update. Thank you.

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: jwv2019 <jwv2019@protonmail.com>
Date: On Thursday, June 1st, 2023 at 1:11 PM
Subject: FOIL Request F21,276
To: Woychowski Kristen <KWoychowski@schools.nyc.gov>

> Ms. Woychowski,
>
> I understand you have returned to work so I am following up on my FOIL request submitted back in early May. There is supposed to be a 15 day turn-around for documents requested. Please advise of the status. Otherwise, I will ask for the southern district judge to expedite this request.
>
> Thank you.
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Tuesday, May 2nd, 2023 at 9:12 AM, Woychowski Kristen <KWoychowski@schools.nyc.gov> wrote:
>
>> Please be advised that I am out of the office intermittently through May 31.
>>
>> If you are writing to submit a new FOIL request, follow up on an existing FOIL request, or appeal a FOIL determination, please email FOIL@schools.nyc.gov.
>>
>> If you are writing to submit a new Subpoena, or follow up on an existing Subpoena, please email DOESubpoenas@schools.nyc.gov.

Thank you and stay well!

# Re: FOIL REQUEST: DOE staff in ATR and Administrative Reassignment Status

| | |
|---|---|
| From | jwv2019 <jwv2019@protonmail.com> |
| To | FOIL@schools.nyc.gov |
| Date | Wednesday, September 27th, 2023 at 9:55 PM |

Please provide an update on this request. Thank you.

Sent from Proton Mail for iOS

On Thu, Jun 1, 2023 at 1:52 PM, jwv2019 <jwv2019@protonmail.com> wrote:

> The following request is submitted to receive two reports as follows:
> - DOE staff between 2000 and 2023 assigned to ATR status
> - DOE staff between 2000 and 2023 assigned to Administrative Reassignment status
>
> - Please include:
>     - the year the status began,
>     - the year the status ended,
>     - total number of years in the status,
>     - union affiliation,
>     - the professional title,
>     - the salary earned each year, and
>     - whether health benefits were received.
>
> A spreadsheet is preferred.
>
> Thank you,
> Judy Villeneuve
>
> Sent with Proton Mail secure email.



**Liz Vladeck**
*General Counsel*

October 16, 2023

**VIA EMAIL**
Judy Villenueve
Jwv2019@protonmail.com

**RE:** **#F21,962**
FOIL REQUEST: DOE staff in ATR and Administrative Reassignment Status

Dear Ms. Villenueve:

This letter concerns the above-referenced Freedom of Information Law (FOIL) request. Please be advised that pursuant to Section VI.C of DOE Chancellor's Regulation D-110 (CR D-110), additional time is needed to respond to your request. Factors to be considered under CR D-110 in determining whether there exist circumstances necessitating more time to respond to a request may include, but are not limited to, "[1] the volume of a request, [2] the ease or difficulty in locating, retrieving or generating records, [3] the complexity of the request, [4] the need to review records to determine the extent to which they must be disclosed, and [5] the number of requests received by the agency."

You were previously advised that factors 2, 4, and 5 described above apply to this request. Pursuant to Section VI.C of CR D-110, subsection (d), please be advised that additional time is required to respond to your request. Factors 2, 4, and 5 continue to be applicable, to an extent which was not foreseen when you were provided with today's date. A search for records remains ongoing, and any records located will be reviewed to determine rights of access. Additionally, we continue to process requests that were received prior to your request.

Accordingly, a response to your request is anticipated by December 15, 2023.

Sincerely,

*Thereza Osias /s/*

Thereza Osias
Deputy Records Access Officer
FOIL@schools.nyc.gov

Office of the General Counsel • 52 Chambers Street • Room 308 • New York, NY 10007
Telephone: 212-374-6888   Fax: 212-374-5596

# #F21,962

| | |
|---|---|
| From | Nieves Dana <DNieves10@schools.nyc.gov> |
| To | jwv2019<jwv2019@protonmail.com> |
| CC | Macadangdang Ann<AMacadangdang@schools.nyc.gov> |
| Date | Monday, October 16th, 2023 at 12:54 PM |

Please see attached in reference to the above FOIL request.

Additionally, please feel free to direct any FOIL related inquiries to FOIL@schools.nyc.gov using the subject-referenced number.

Thank you!

## Dana Nieves

Records Access Unit Coordinator: FOIL Unit

New York City Department of Education

Office of the General Counsel

DNieves10@schools.nyc.gov

**218.82 KB**   1 file attached

F21,962-2023-10-16-Letter.pdf  218.82 KB



**Liz Vladeck**
*General Counsel*

June 8, 2023

**VIA EMAIL**
Judy Villanueve
Jwv2019@protonmail.com

**RE:   #F21,962**
FOIL REQUEST: DOE staff in ATR and Administrative Reassignment Status

Dear Ms. Villanueve:

On June 1, 2023, the Office of Legal Services of the NYC Department of Education (DOE) received your Freedom of Information Law (FOIL) request, dated June 1, 2023, and assigned it a FOIL reference number of **F21,962.**   Please include this reference number on all subsequent correspondence.

In your request, you ask for:

*The following request is submitted to receive two reports as follows:*

- *DOE staff between 2000 and 2023 assigned to ATR status*
- *DOE staff between 2000 and 2023 assigned to Administrative Reassignment status*

- *Please include:*
    - *the year the status began,*
    - *the year the status ended,*
    - *total number of years in the status,*
    - *union affiliation,*
    - *the professional title,*
    - *the salary earned each year, and*
    - *whether health benefits were received.*

A search for records will be conducted. We anticipate providing you with a response by **July 10, 2023**.

If responsive records are located and identified for release, you will be notified of the cost of reproduction.  At that time, please make your check or money order payable to the New York City Department of Education and include the FOIL reference number on the instrument of payment.  Please be advised that Public Officers Law § 87(1)(b)(iii) permits the DOE to charge a

Judy Villanueve
June 8, 2023
Page | 2

fee of 25¢ per photocopy not in excess of nine inches by fourteen inches, or the actual cost of reproducing any other record in accordance with Public Officers Law § 87(1)(c).

                                              Sincerely,

                                              *Thereza Osias /s/*

                                              Thereza Osias
                                              Deputy Records Access Officer
                                              FOIL@schools.nyc.gov

TO/dn

# #F21,962

| | |
|---|---|
| From | Nieves Dana <DNieves10@schools.nyc.gov> |
| To | jwv2019<jwv2019@protonmail.com> |
| CC | Macadangdang Ann<AMacadangdang@schools.nyc.gov> |
| Date | Thursday, June 8th, 2023 at 12:06 PM |

Please see attached in reference to the above FOIL request.

Additionally, please feel free to direct any FOIL related inquiries to FOIL@schools.nyc.gov using the subject-referenced number.

Thank you!

## Dana Nieves

Records Access Unit Coordinator: FOIL Unit

New York City Department of Education

Office of the General Counsel

DNieves10@schools.nyc.gov

**167.25 KB**    1 file attached

F21,962-2023-06-08-Ackn Letter.pdf  167.25 KB

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Jane Doe (Appellant)

**CERTIFICATE OF SERVICE***

Docket Number: 23-1210

v.

NYC DOE et. al. (Respondents)

I, Jane Doe (Appellant), hereby certify under penalty of perjury that
(print name)

on September 28, 2023, I served a copy of Exhibits to docket 25 DOE Expedite of FOIL Request
(date)

Correspondences from Foil@schools.nyc.gov

(list all documents)

by (select all applicable)**

**X** Personal Delivery  ___ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Diana Lawless | 100 Church Street | New York | NY | 10007 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

10/24/2023                                  Jane Doe
Today's Date                                Signature

Certificate of Service Form (Last Revised 12/2015)