UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1210

**Caption [use short title]**

**Motion for:** Stay of District Court Proceedings (23CV198) Pending Completion of En Banc Review

Jane Doe,
                Plaintiff-Appellant,

v.

NYC Department of Education, Dr. Linda Chen, Kimberly Wittmer, Norah Ann Lovett, and Lucius Young
                Defendant-Appellee

**Set forth below precise, complete statement of relief sought:**

The district court (DC) failed to respond to Plaintiff/Appellant request for an extension to refile in DC due on 12/4/23 before 11:59pm. To preserve case, Plaintiff/Appellant refiled in DC before the deadline. However, default judgment, the relief now under en banc review, would terminate the DC case, which should therefore wait until the appeal court decides.

**MOVING PARTY:** Jane Doe
**OPPOSING PARTY:** NYC DOE, L. Chen, K. Wittmer, N. Lovett, L. Young

☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Pro Se
**OPPOSING ATTORNEY:** Diana Lawless. Esq. NYC Law Department

[name of attorney, with firm, address, phone number and e-mail]

On file

Diana Lawless. Esq.
NYC Law Department
100 Church Street New York NY 10007

**Court- Judge/ Agency appealed from:** U.S. Court of Appeals for the Second Circuit - Catherine O'Hagan Wolfe, Clerk of Court

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): Served by Jane Doe, Pro Se Appellant/Petition, in Person at 100 Church Street NY 10007 on Tuesday 11/21/2023

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☒ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☒ No

Requested return date and explanation of emergency: The District Court (DC) failed to respond to Plaintiff/Appellant's request for an extension to refile in DC due on 12/4/23 before 11:59pm. To preserve the case, P/A refiled in refiled in DC before the deadline but now the same facts are being reviewed in DC and Appeals Court. Also, the Default Judgment now under en banc review, would terminate the DC case, which is why it should wait.

Opposing counsel's position on motion:
☐ Unopposed ☒ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**
Jane Doe    **Date:** 12/05/2023    **Service:** ☐ Electronic ☒ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| In the Matter of En Banc Review of Interlocutory Appeal From The Trial Court | **Trial Court Docket#: 23CV198** <br> **Appeals Court Docket#: 23-1210** |

**Jane Doe** (Plaintiff/Appellant)

v.

**NYC Department of Education, Dr. Linda Chen** (Respondents)
**Kimberly Wittmer, Norah Ann Lovett, Lucius Young**

**MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING EN BANC REVIEW**

**Before: Panel of Appellate Judges for En Banc Review**

---

Filed December 5, 2023

Dear Clerk of the Court, Catherine O'Hagan Wolfe,

The following is a courteous request by Appellant to stay the district court proceedings pending en banc review because the simultaneous review of the same facts in two courts is inefficient, redundant and a determination in favor of the Appellant by the Appellate Justices conducting the En Bank Review will make the case (23CV198) before the district court, moot.

The district court failed to respond to Appellant's request for an extension of the order to refile by the December 4, 2023 deadline before 11:59pm. Consequently, Appellant refiled as ordered to preserve the right to proceed with the case, if necessary.

This request is reasonable and does not cause the district court or respondents any undue harm or imposition.


Respectfully submitted by Appellant,
Jane Doe

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Jane Doe (Plaintiff/Appellant)

**CERTIFICATE OF SERVICE***

Docket Number: 23-1210

v.

NYC Department of Education, Dr. Linda Chen

Kimberly Wittmer, Norah Lovett and Lucius Young

I, __Pro Se Plaintiff/Appellant__, hereby certify under penalty of perjury that
(print name)

on __December 5, 2023__, I served a copy of __Motion to Stay District Court Proceedings__
(date)
(23CV198) Pending Completion of En Banc Review

(list all documents)

by (select all applicable)**

___ Personal Delivery     _X_ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Diana Lawless, Esq | 100 Church Street | New York | NY | 10007 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

December 5, 2023                 Jane Doe (prose plaintiff/appellant)
Today's Date                                    Signature

Certificate of Service Form (Last Revised 12/2015)

12/5/23, 4:12 PM (4186) Inbox | jwv2019@protonmail.com | Proton Mail

https://mail.proton.me/u/1/inbox/YeQS807oxrCLHLffvoUj1qmvF7T8BOTsb7SrdzONta5cJANDxKKNOPVM102abVusdVpNcfHYabaNEj5CtXw0qg==  1/4

# USPS eReceipt

From  DoNotReply@ereceipt.usps.gov <DoNotReply@ereceipt.usps.gov>

To  JWV2019@PROTONMAIL.COM

Date  Tuesday, December 5th, 2023 at 3:34 PM

```
                    UNITED STATES
                    POSTAL SERVICE ®

                    LONDON TERRACE
                     234 10TH AVE
                  NEW YORK, NY 10011-9993
                      (800)275-8777
---------------------------------------------
12/05/2023                           03:34 PM
---------------------------------------------
Product                Qty      Unit    Price
                                Price
Priority Mail®           1              $9.65
Flat Rate Env
   Flat Rate
   New York, NY 10007
   Expected Delivery Date
      Wed 12/06/2023
   Tracking #:
      9505 5134 0507 3339 8208 46
   Insurance                            $0.00
```

12/5/23, 4:12 PM (4186) Inbox | jwv2019@protonmail.com | Proton Mail

```
     Up to $100.00 included

Total                                    $9.65
-------------------------------------
Grand Total:                             $9.65
-------------------------------------
Debit Card Remit                         $9.65
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX6069
   Approval #: 000607
   Transaction #: 731
   Receipt #: 039011
   Debit Card Purchase: $9.65
   AID: A0000000042203         Chip
   AL: US Debit
   PIN: Verified          US Debit
-------------------------------------

     In a hurry? Self-service kiosks offer
     quick and easy check-out. Any Retail
         Associate can show you how.

     Text your tracking number to 28777 (2USPS)
     to get the latest status. Standard Message
       and Data rates may apply. You may also
      visit www.usps.com USPS Tracking or call
                    1-800-222-1811.

         Save this receipt as evidence of
      insurance. For information on filing an
```

https://mail.proton.me/u/1/inbox/YeQS807oxrCLHLffvoUj1qmvF7T8BOTsb7SrdzONta5cJANDxKKNOPVM102abVusdVpNcfHYabaNEj5CtXw0qg== 2/4

```
            insurance claim go to
   https://www.usps.com/help/claims.htm
            or call 1-800-222-1811

              Preview your Mail
              Track your Packages
              Sign up for FREE @
       https://informeddelivery.usps.com

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
            Thank you for your business.

            Tell us about your experience.
       Go to: https://postalexperience.com/pos?mt=9
            or call 1-800-410-7420.

------------------------------------------------

UFN: 359646-0046
Receipt #: 840-51000016-2-7430425-2
Clerk: 66
```

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act

on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.