# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of December, two thousand twenty-three.

_____

Jane Doe,

    Plaintiff - Appellant,

v.

New York City Department of Education, Dr. Linda Chen, Kimberly Wittmer, Lucious Young, Nora Lovett,

    Defendants - Appellees.

_____

**ORDER**

Docket No: 23-1210

    Appellant Jane Doe, filed a motion for panel reconsideration, or, in the alternative, for reconsideration *en banc*. The panel that determined the appeal has considered the request for reconsideration, and the active members of the Court have considered the request for reconsideration *en banc*.

    IT IS HEREBY ORDERED that the motion is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk